# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

MOUNTAIN PORTFOLIO OWNER LA
8 LLC

NO.  2025 CW 0231

VERSUS

GSS HOLDINGS LA, LLC,
SUKHRANJAN SINGH MULTANI,
AND ANY OCCUPANTS OF 12425
ST. HELENA STREET, CLINTON,
LA 70722

MARCH 7, 2025

---

In Re:    SS Food Mart, LLC, applying for supervisory writs, 20th
          Judicial District Court, Parish of East Feliciana, No.
          47961.

---

BEFORE:    THERIOT, HESTER, AND EDWARDS, JJ.

STAY DENIED; WRIT DENIED.

                          MRT
                          CHH
                          BDE

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
     FOR THE COURT